HOLMES v WAYNE COUNTY CLERK

This case is controlled by *Vaughn v Wayne County Clerk,* 391 Mich 1 (1974).

Appeal from Wayne, George E. Bowles, J., and from Court of Appeals prior to decision. Submitted January 25, 1974. (No. 20 January Term 1974, Docket No. 55,545.) Decided January 28, 1974.

Complaint by David S. Holmes, Jr., against the Wayne County Clerk for mandamus to compel defendant to accept the application and filing fees of Holmes and place his name on the primary ballot for the office of State Senator. Judgment for defendant. Plaintiff appealed to the Court of Appeals and applied to the Supreme Court for leave to appeal prior to decision by the Court of Appeals. Leave granted. Writ issued.

*Robert D. Randall (Douglas Elliart,* of counsel), for plaintiff.

J. W. FITZGERALD, J. This case is governed by *Vaughn v Wayne County Clerk,* 391 Mich 1; 214 NW2d 320 (1974), this day released.

Writ of mandamus shall issue as prayed and the Clerk of this Court is directed to issue final process pursuant to GCR 1963, 866 forthwith.

No costs, a public question.

T. G. KAVANAGH, SWAINSON, WILLIAMS, and LEVIN, JJ., concurred with J. W. FITZGERALD, J.

REFERENCE FOR POINTS IN HEADNOTE

No references.

T. M. KAVANAGH, C. J., concurred in the result only.

M. S. COLEMAN, J., did not sit in this case.